AO 442 (Rev. 11/11) Arrest Warrant

2570500

FILED
IN CLERKS OFFICE

2017 NOV 14 PM 3:00

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| AUSTIN WILKERSON | ) | Case No. 1:17-mj-7219-JCB |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* AUSTIN WILKERSON,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Distribution of a Controlled Substance - 21 U.S.C. §841(a)(1)

Date: 10/31/2017

*Issuing officer's signature*

City and state: Boston, MA

Jennifer C. Boal, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY VA-OIG
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 11/7/2017

*Arresting officer's signature*

*Printed name and title*